[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-11981
Non-Argument Calendar
_____

D. C. Docket Nos.
04-00090-CV-5-MCR-WCS
04-00122 CV-5-M

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
November 3, 2005
THOMAS K. KAHN
CLERK

PATRICIA FOXWORTH, as
Administratrix of the Estate of
Christopher Allen Durden, deceased,

Plaintiff-Appellant,

versus

KIA MOTORS CORPORATION,
EMERALD AUTO SALES,
KIA MOTORS AMERICA, INC.,

Defendants-Appellees.

_____

No. 05-12861
Non-Argument Calendar
_____

D.C. Docket Nos.
04-00090-CV-5-MCR
04-00122-CV-5-M

DEBRA WOODWARD, As Administratrix
of the Estate of Justin Vallieres, deceased,

Plaintiff-Appellant,

versus

KIA MOTORS CORPORATION,
EMERALD AUTO SALES, INC.,
KIA MOTORS AMERICA, INC.,

Defendants-Appellees.

_____

Appeals from the United States District Court
for the Northern District of Florida

_____

(November 3, 2005)

Before HULL,WILSON and FAY, Circuit Judges.

PER CURIAM:

Appellants challenge, in these consolidated appeals, the summary judgment granted in favor of the appellees and the injunction preventing appellants from pursuing these actions in the courts of Alabama. These rulings are affirmed for the reasons set forth in the ORDERS of the United States District Court dated March 30, 2005 and May 5, 2005.

AFFIRMED.